UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IP CUBE PARTNERS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TELECOMMUNICATION SYSTEMS, INC., <br><br> Defendant. | Case No. 1:15-cv-06334-LTS |

### ENTRY OF APPEARANCE

Please enter the appearance of Hugh J. Marbury of DLA Piper LLP (US) as counsel in this case for Defendant Telecommunication Systems, Inc.

Dated: December 1, 2015

/s/ Hugh J. Marbury
Hugh J. Marbury (SDNY Bar No. HM4747)

DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (Facsimile)

*Attorney for Defendant Telecommunication Systems, Inc.*