UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IP CUBE PARTNERS CO., LTD.,<br><br>                          Plaintiff,<br>v.<br><br>TELECOMMUNICATION SYSTEMS, INC.<br><br>                          Defendant. | Case No.: 1:15-cv-06334-LTS |

**MOTION FOR ENTRY OF ORDER PERMITTING WITHDRAWAL OF APPEARANCE OF DLA PIPER LLP (US)**

Pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York and the Declaration of Hugh J. Marbury submitted herewith, the undersigned counsel for the Defendant TeleCommunication Systems, Inc. hereby respectfully move this Court for leave for DLA Piper LLP (US) to withdraw as attorneys of record.

Defendant TeleCommunication Systems, Inc. will proceed with Perkins Coie LLP, which has already appeared and will continue as counsel in this case.

WHEREFORE, the undersigned respectfully request that the Court grant this Motion.

Dated: New York, New York
       May 3, 2016

                                                DLA PIPER LLP (US)

                                                By: /s/ Hugh J. Marbury
                                                   Hugh J. Marbury
                                                   Benjamin Schuman
                                                   6225 Smith Avenue
                                                   Baltimore, Maryland 21209-3600
                                                   (410) 580-3000
                                                   hugh.marbury@dlapiper.com
                                                   ben.schuman@dlapiper.com

John M. Hillebrecht
Neal F. Kronley
1251 Avenue of the Americas,
27th Floor
New York, NY 10020
(212) 335-4500
john.hillebrecht@dlapiper.com
neal.kronley@dlapiper.com

*Counsel for Defendant
TeleCommunication Systems, Inc.*