UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IP CUBE PARTNERS CO., LTD.,

                              Plaintiff,          Case No.:  1:15-cv-06334-LTS

v.

TELECOMMUNICATION SYSTEMS, INC.

                              Defendant.

## DECLARATION OF HUGH J. MARBURY, ESQ.

Pursuant to 28 U.S.C. § 1746, Hugh J. Marbury, Esq. declares:

1.      I am a member of the law firm DLA Piper LLP (US) and a member of the bar of this Court.  I submit this declaration in support of the Motion to Withdraw Appearance by DLA Piper LLP (US) as counsel of record.

2.      On April 13, 2016, TeleCommunication Systems, Inc. ("TCS") contacted me and informed me that it had engaged Perkins Coie LLP to represent it in this litigation and would be terminating DLA Piper LLP (US)'s representation with regard to this matter.

3.      Since that time, we have worked with Perkins Coie LLP to ensure a smooth transition between the two firms.  As that transition is now complete, it is appropriate for DLA Piper to withdraw as counsel for TCS.

4.      Perkins Coie LLP has already appeared and will continue as counsel in this case.

5.      The litigation currently continues to proceed through discovery.

6.      Because Perkins Coie LLP has become familiar with the facts and issues in the case, it is prepared to continue its representation of Defendant pursuant to the schedule set by the Court and no prejudice to any party should result from this withdrawal.

7.      I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
       May 3, 2016

                                                     Hugh J. Marbury